NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5098

LAVETTA ELK,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 05-CV-186, Judge Francis M. Allegra.

ON MOTION

ORDER

Upon consideration of United States' unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

| | |
|---|---|
| JAN 25 2010 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc:    Adam D. Horowitz, Esq.
       Joan M. Pepin, Esq.

s20

ISSUED AS A MANDATE:  JAN 25 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 25 2010

JAN HORBALY
CLERK